In the Matter of the Application of JOHN A. HASTINGS for a Review of Proceedings of the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, etc.— Order affirmed, without costs. We think that the decision in *Matter of O'Brien* (206 N. Y. 694) is decisive of the question presented on this appeal. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

MAUDELLA MAE CAHILL, as Executrix, etc., of WILLIAM P. W. HAFF, Deceased, Respondent, v. HARMON B. W. HAFF, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILLIAM H. WARREN, Respondent, v. JOHN R. ARMSTRONG, Appellant.— The appeal herein having been decided this day, the motion for a stay is dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

BREZIRE REALTY CO., INC., Respondent, v. GRACE W. PARKS and Another, Appellants.— Order denying motion for new trial on the ground of newly-discovered evidence reversed upon the law and the facts, and a new trial granted, with one bill of costs to the appellants to abide the event, and motion granted. We think that in the interest of substantial justice this issue should be retried. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

BREZIRE REALTY CO., INC., Respondent, v. GRACE W. PARKS and Another, Appellants.— This court having granted a new trial herein, in the interest of justice (*ante*, p. 862), the questions presented are academic, and the appeal is, therefore, dismissed, without costs. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

PORFILIO CAETI, Appellant, v. ANNA CAETI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CHOW CHOY, Respondent, v. OCEAN STEAMSHIP COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

MILLICENT F. EADY, Respondent, v. COLERIDGE H. KESSLER and Another, Defendants. COLERIDGE H. KESSLER, Individually and as Sole Administrator, etc., of MARVIN R. KESSLER, Deceased, Appellant.— Order denying motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FRANK GIBBONS, Appellant, v. JOHN E. GRAFTON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JACOB GOTTLIEB and Another, Copartners, etc., Appellants, v. MORRIS SIGMAN, as President, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

MARTIN V. W. HALL, Respondent, v. CHARLES S. WALLS and Others, Appellants.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion for judgment denied. We are of opinion that the costs already paid were a sufficient exaction for relieving the defendant Charles S. Walls from his default of but one day in the service of his answer, and that the additional terms of the order imposing taxable costs of the action to the date of the order and the requirement that the defendants in an action of ejectment consent